FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11-2631 M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| DAVID Wilkerson | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The Court concludes that :

A.  ( ✓ )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Prior Records_

_Recent Battery_

_Alc / Drug Viol          DUI Mirless_

(B)  ( ✓ )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Relocated,_

IT IS ORDERED that defendant be detained.

DATE: __11/3__, 2011


MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2